In the Matter of the Application for the Appointment of a Committee of the Person and Property of ANNIE RATKOWSKY, an Alleged Incompetent Person.

MARTHA SIMON and IRVING ROGERS, Appellants; MILTON ROGERS, Respondent.

First Department, June 18, 1937.

*Morris G. Duchin* of counsel [*Pfeiffer & Crames*, attorneys], for Martha Simon, appellant.

*Martin H. Young* of counsel [*Leo Young*, attorney], for Irving Rogers, appellant.

*William M. Silverman* of counsel [*Herbert Friedman* with him on the brief], for the respondent.

PER CURIAM. The attorney Silverman, having appeared throughout the entire proceeding as attorney for Milton Rogers, an adverse party, and the allowance having been made to him in that capacity, section 1373 of the Civil Practice Act limits the compensation which may be allowed to fifty dollars and disbursements.

The order should be modified by reducing the allowance to the attorney William M. Silverman to fifty dollars, in addition to eighty-one dollars and thirty cents disbursements, and, as so modified, affirmed, without costs.

Present — MARTIN, P. J., UNTERMYER, DORE, COHN and CALLAHAN, JJ.

Order, so far as appealed from, unanimously modified by reducing the allowance to the attorney William M. Silverman to fifty dollars, in addition to eighty-one dollars and thirty cents disbursements, and, as so modified, affirmed, without costs.